UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **09-22898**

Sealed

FILED by GME D.C.
SEP 25 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN RE: Request from United Kingdom Pursuant
to the Treaty Between the United States of
America and the United Kingdom of Great Britain and
Northern Ireland on Mutual Assistance in Criminal
Matters in the Matter of Clive Bunnetto Talburt
_____/

MC -KING  Unsealed 11/1/11

MAGISTRATE JUDGE
BANDSTRA

### UNDER SEAL

### APPLICATION FOR ORDER PURSUANT TO THE TREATY
### ON MUTUAL ASSISTANCE IN CRIMINAL MATTERS AND
### TITLE 28, UNITED STATES CODE, SECTION 1782

The United States of America petitions this Court for an Order, pursuant to Article 5 of the Treaty between the United States of America and the United Kingdom on Mutual Assistance in Criminal Matters, 1994 WL 855115 (Treaty), entered into force December 2, 1996, 28 U.S.C. § 1782, and its own inherent authority, to appoint Jared E. Dwyer as Commissioner to collect evidence from witnesses and to take such other action as is required to execute the attached request from the United Kingdom made pursuant to the Treaty.

In support of this application, the United States is submitting the accompanying Memorandum of Law. For the reasons stated in the Memorandum, the United States respectfully



requests that the Court grant this Application. A proposed order is being submitted for the Court's consideration.

>Respectfully submitted,
>
>JEFRREY H. SLOMAN
>ACTING UNITED STATES ATTORNEY
>
>By: _____
>Jared E. Dwyer
>Assistant United States Attorney
>Court ID No. A5501240
>U.S. Attorney's Office
>99 NE 4th Street
>Miami, FL 33132-2111
>Tel:  (305) 961-9118
>Fax:  (305) 536-7213
>E-mail: jared.dwyer@usdoj.gov